**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00437-WYD-03

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JORGE ALBERTO CORDOVA-BARRAZA,

        Defendant.

**ORDER FOR DISCLOSURE OF CASE FILE INFORMATION**

        This matter is before the Court upon a request from the U.S. Probation Office in the Northern District of Texas for case file information to include the presentence report and judgment in this case. It is

        **ORDERED** that the District of Colorado is hereby authorized to release the case file information to include the presentence report and judgment to the Northern District of Texas for preparation of their presentence report.

        **DATED** at Denver, Colorado, this 21st day of February, 2007.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        United States District Judge